## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

O'BRIAN LYNCH

          **Plaintiff**

v.

**TACO BELL OF AMERICA, LLC, d/b/a
TACO BELL, c/o YUM! BRANDS, INC.**

and

**JALAPENO TACO, LLC**

          **Defendants**

Case No. **C-24-CV-25-002807**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

NOW COMES the Plaintiff, O'Brian Lynch, by his attorneys, Jay D. Miller, Richard P. Seitz, Trevor E. Brown, and Peter Angelos Law, and pursuant to Maryland Rule 2-506 hereby stipulate to the dismissal of Defendants Taco Bell of America, LLC and Taco Bell, c/o Yum! Brands, Inc. with prejudice in the above-captioned matter. Defendant Jalapeno Taco, LLC, will remain as an active defendant.

Respectfully submitted,

**PETER ANGELOS LAW**

<u>/s/Richard P. Seitz</u>
Jay D. Miller, AIS # 8712010427
jmiller@lawpga.com
Richard P. Seitz, AIS # 0912170153
rseitz@lawpga.com
Trevor E. Brown, AIS # 2412031043
tbrown@lawpga.com
One Charles Center

# Exhibit 1

100 North Charles Street, 22nd Floor
Baltimore, Maryland 21201
(410) 649-2000
(410) 649-2029 (facsimile)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2025, a copy of the Stipulation of

Dismissal with Prejudice, was served via electronic filing and first-class mail to:


TACO BELL OF AMERICA, LLC, d/b/a
TACO BELL, c/o YUM! BRANDS, INC.
6602 Reisterstown Road
Baltimore, Maryland 21215

       Resident Agent:
       The Corporation Trust, Incorporated
       2405 York Road, Suite 201
       Timonium, Maryland 21093


Andrew T. Stephenson, Esquire
Franklin & Prokopik, P.C.
The B&O Building
2 N. Charles Street, Suite 600
Baltimore, Maryland 21201

*Attorney for Jalapeno Taco, LLC*


                */s/Richard P. Seitz*
                Richard P. Seitz AIS # 0912170153