IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| O'BRIAN LYNCH | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:25-CV-01647-JRR |
| JALAPENO TACO, LLC | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## POST-DISCOVERY JOINT STATUS REPORT

Plaintiff O'Brian Lynch, and Defendant Jalapeno Taco, LLC, by and through their respective undersigned counsel, hereby formally agree to the following:

1. The Parties have exchanged written discovery, and the Plaintiff has been deposed The parties respectfully request an additional 90 days to complete the deposition of a corporate designee, as well as witnesses who may be familiar with the Plaintiff's claimed damages.

2. There are no pending motions at this time.

3. Plaintiff does not intend, at the present time, any dispositive motion. The Defendant intends to file a dispositive motion.

4. The Plaintiff has elected a trial by jury and believes the trial would be concluded within two days' time.

5. The parties have begun settlement negotiations. On September 26, 2025, Plaintiff through undersigned counsel submitted an initial demand. An initial settlement offer has been received, and Plaintiff will be submitting a counter-demand shortly.

6. Plaintiff is amenable to a settlement conference; however, he is optimistic the parties may be able to resolve the matter without burdening the court. Defendant is also amenable to a settlement conference but not until after all depositions have been taken.

7. The parties consent to a Magistrate Judge to conduct all further proceedings.

8. The parties have no other matters to submit to the Court at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ *Richard Seitz* | /s/ *Andrew Stephenson* |
| Richard P. Seitz, Esq. (#29374) | Andrew T. Stephenson, Esq. (#26504) |
| Peter Angelos Law | Franklin & Prokopik |
| One Charles Center | The B&O Building |
| 100 N. Charles Street, 21st Floor | Two North Charles Street, Suite 600 |
| Baltimore, MD 21201 | Baltimore, Maryland 21201 |
| Tel: (410) 649-2000 | Tel: (410) 230-3638 |
| Fax: (410) 649-2029 | Fax: (410) 752-6868 |
| rseitz@lawpga.com | astephenson@fandpnet.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant Jalapeno Taco LLC* |

Date: October 24, 2025