IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| O'BRIAN LYNCH | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.: 1:25-CV-01647-JRR |
| JALAPENO TACO, LLC | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT AT THE CLOSE OF DISCOVERY

Plaintiff O'Brian Lynch, and Defendant Jalapeno Taco, LLC, by and through their respective undersigned counsel, hereby formally agree to the following:

1. Discovery is complete at this time. However, if Plaintiff chooses to conduct any additional depositions the Defendant will not object to the same.

2. There are no pending motions at this time.

3. Plaintiff does not intend, at the present time, any dispositive motion. The Defendant intends to file a dispositive motion.

4. The Plaintiff has elected a trial by jury and believes the trial would be concluded within two days' time.

5. The parties have begun settlement negotiations. ADR settlement conference is scheduled for April 27, 2026.

6. The parties have no other matters to submit to the Court at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ *Richard Seitz* | /s/ *Andrew Stephenson* |
| Richard P. Seitz, Esq. (#29374) | Andrew T. Stephenson, Esq. (#26504) |
| Peter Angelos Law | Franklin & Prokopik |
| One Charles Center | The B&O Building |
| 100 N. Charles Street, 21st Floor | Two North Charles Street, Suite 600 |
| Baltimore, MD 21201 | Baltimore, Maryland 21201 |
| Tel: (410) 649-2000 | Tel: (410) 230-3638 |
| Fax: (410) 649-2029 | Fax: (410) 752-6868 |
| rseitz@lawpga.com | astephenson@fandpnet.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant Jalapeno Taco LLC* |

Date: January 21, 2025